IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DAMEION TIMIAH SPEARS,

    Petitioner,

v.

WILLIAM C. DANFORTH,

    Respondent.

CIVIL ACTION NO.: CV612-108

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Petitioner Dameion Spears ("Spears") asserts that he is entitled to equitable tolling of the statute of limitations period because his previous filing of a 28 U.S.C. § 2254 and two (2) appeals prevented him from being able to file a timely petition. Spears' filing of these other matters may show that he was pursuing his rights diligently. However, these filings do not represent "extraordinary circumstances" entitling Spears to equitable tolling of the statute of limitations. Lawrence v. Fla., 549 U.S. 327, 335 (2007).

Spears' Objections are overruled. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Respondent's Motion to Dismiss is **GRANTED**. Spears' petition for writ of habeas corpus, filed pursuant to 28

AO 72A
(Rev. 8/82)

U.S.C. § 2254, is **DISMISSED**, with prejudice, as it was not timely filed. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

SO ORDERED, this 18th day of April, 2013.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)